# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| ISIAH SHINGLETON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV620-019 |
| | ) | |
| SHERIFF LYNN ANDERSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On February 20, 2020, plaintiff was directed to return both the Prisoner Trust Account Statement and the Consent to Collection of Fees forms. Doc. 3. Plaintiff returned the Consent to Collection of Fees form, but declined to return the Prisoner Trust Account Statement. Doc. 4. He alleges that he was unable to return this form because prison officials declined to provide him with information regarding his indigency. *Id.* However, what plaintiff does not allege is that he ever provided this form to the prison official for their signature. Accordingly, the Clerk of Court is **DIRECTED** to provide plaintiff with a new copy of the Prisoner Trust Account Statement form. Plaintiff shall have thirty days from the date of this order to return this signed form or submit an affidavit signed under penalty of perjury that the form was provided to the appropriate prison official and that the official refused to

complete it.

    **SO ORDERED,** this 23rd day of June, 2020.

                                                      _/s/ Christopher L. Ray_
                                                      CHRISTOPHER L. RAY
                                                      UNITED STATES MAGISTRATE JUDGE
                                                      SOUTHERN DISTRICT OF GEORGIA